

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1445-16

**FRED EARL INGERSON, III, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S MOTION FOR BAIL PENDING APPEAL
### UNDER Tex. Code Crim. Proc. Art 44.04(h)
### HOOD COUNTY

*Per curiam.*

### O R D E R

Appellant was convicted of capital murder in Cause No. CR11514 in the 355TH Judicial District Court of Hood County. Punishment was assessed at confinement for life without parole. The Court of Appeals reversed the conviction. *Ingerson v. State*, ___ S.W.3d ___; No. 02-11-00311-CR (Tex. App.– Fort Worth, October 27, 2016). The State filed a petition for discretionary review, which is currently pending before this Court. No. PD-1445-16.

Appellant has filed an application under Article 44.04(h) of the Code of Criminal Procedure, to set a reasonable bail pending final determination of the appeal.  Accordingly, bail is hereby set in the amount of $500,000, and it is ORDERED that the trial court order Appellant released from confinement assessed in this cause upon the posting of bail.  Any sureties must be approved by the trial court.

Entered April 26, 2017.
Do Not Publish